MARIA-COSTANZA BARDUCCI
**BARDUCCI LAW FIRM PLLC**
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

---

**January 21, 2021**

**VIA CM/ECF**
Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York

  Re: *Alexander Gomez vs. Fiaschetteria West Ltd.*
    *Civil Action No.: 1:19-cv-06353-PAE-DCF*
    *Letter-Motion for Extension of Time to File Stipulation of Dismissal*

Dear Judge Freeman,

  I represent Plaintiff in this matter.

  The parties have reached an agreement and that agreement has been memorialized in writing. However, the Plaintiff has not yet received the executed agreement back from the Defendants.

  Plaintiff needs until June 15, 2021 to file the stipulation of dismissal as the final payment under the parties' agreement is due from Defendant in late May 2021.

  Accordingly, Plaintiff requests an extension through June 15, 2021 to file their stipulation of dismissal pursuant to the terms of their settlement agreement.

  Thank you for your consideration.

              Respectfully Submitted,

              BARDUCCI LAW FIRM, PLLC

              s/Maria Costanza Barducci
              Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only

---

Denied. As stated in the Court's order of dismissal, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing their settlement agreement, they must submit the settlement agreement to the Court to be "so ordered." Dkt. 33. Although plaintiff's time to do so has expired (as has his time to move to reopen), *see id.*; Dkt. 35, the Court grants an extension *nunc pro tunc* to submit such agreement until February 1, 2021. Otherwise, this case will remain closed and the Court will not retain jurisdiction to enforce the terms of the parties' agreement.

    SO ORDERED.

January 25, 2021       */s/ Paul A. Engelmayer*
              PAUL A. ENGELMAYER
              United States District Judge