MARIA-COSTANZA BARDUCCI
**BARDUCCI LAW FIRM PLLC**
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

---

**February 1, 2021**

**VIA CM/ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York

> Re:   *Alexander Gomez vs. Fiaschetteria West Ltd.*
>        *Civil Action No.: 1:19-cv-06353-PAE-DCF*
>        *Letter-Motion for Extension of Time to File Settlement Agreement in*
>        *Compliance with the Court's Order [DE#37]*

Dear Judge Engelmayer,

I represent Plaintiff in this matter.

Plaintiff request that the Court retain jurisdiction for the purpose of enforcing the settlement agreement. Consequently, Plaintiff revised the parties settlement agreement to comply to the Court's Order [DE#37] and removed all confidentiality provisions and forwarded the same to the Defendant for execution.

The deadline to file the settlement pursuant to DE#37 is today, however undersigned has not yet received the executed settlement agreement back from the Defendants.

Plaintiff requests an extension of two weeks to file the settlement agreement to be "so ordered" in compliance with DE#37 so to allow the Counsel for Defendant to get the settlement agreement executed by his client.

This is the first request for an extension of time to file the settlement agreement pursuant to DE#37.

This extension will not affect any other deadlines in this action.

Thank you for your consideration.

>                                Respectfully Submitted,
>
>                                BARDUCCI LAW FIRM, PLLC
>
>                                s/Maria Costanza Barducci
>                                Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only

Granted.  The parties' deadline to file their agreement is hereby extended to February 15, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 2, 2021